# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Robert James Thomas
Acadia Parish Jail DOC No. 599595
1037 Capital Ave.
Crowley LA 70526

**REHEARING ACTION: April 30, 2014**

**Docket Number: 13   01445-KH**

**STATE OF LOUISIANA**
**VERSUS**
**ROBERT JAMES THOMAS**

**Writ Application from Acadia Parish Case No. 78,820**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. J. David Painter**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert James Thomas** has this day been

    **DENIED.**

cc: Michael Harson, Counsel for  the Respondent